IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOMCIK, CONNIE TOMCIK, | No. C 16-01704 WHA |
| Plaintiffs, | |
| v. | **ORDER DENYING REQUEST TO APPEAR BY TELEPHONE** |
| AMAZON.COM, LLC, AMAZON.COM, INC., COOL STUFF QUICK, LLC, THUMPER MASSAGER, INC., | |
| Defendants. | |

The courtroom telephone equipment does not make it feasible to conduct hearings over the telephone and, therefore, the Court must **DENY** defendant's request.

**IT IS SO ORDERED.**

Dated: August 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE