**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOMCIK, CONNIE TOMCIK,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, LLC; AMAZON.COM, INC.; COOL STUFF QUICK, LLC; and THUMPER MASSAGER, INC.,<br><br>Defendants. | No. C 16-01704 WHA<br><br>**ORDER APPROVING STIPULATION TO WITHDRAW CLAIMS** |

On October 13, the parties filed a stipulation to withdraw plaintiffs' claims for damages relating to loss of income and loss of business opportunity (Dkt. No. 29). The stipulation is **APPROVED**.

**IT IS SO ORDERED.**

Dated: October 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE